Arpino v Ashland, LLC (2023 NY Slip Op 00545)

Arpino v Ashland, LLC

2023 NY Slip Op 00545

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, AND LINDLEY, JJ.

357/22 CA 21-01522

[*1]DONNA ARPINO, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF JOHN ARPINO, PLAINTIFF-RESPONDENT,
v
ASHLAND, LLC, ET AL., DEFENDANTS, AND E.I. DU PONT DE NEMOURS AND COMPANY, DEFENDANT-APPELLANT. 

HANCOCK & ESTABROOK, LLP, SYRACUSE (JOHN L. MURAD, JR., OF COUNSEL), FOR DEFENDANT-APPELLANT.
LOCKS LAW FIRM PLLC, NEW YORK CITY (JANET C. WALSH OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Scott J. DelConte, J.), entered April 29, 2021. The order denied the motion of defendant E. I. du Pont de Nemours and Company for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 12, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court